IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LUNSFORD,  )  | |
|  ) | No. 3:13-cv-01269 |
| Plaintiff,  ) | |
|  ) | Judge Nixon |
| v.  ) | Magistrate Judge Bryant |
|  ) | |
| MID-SOUTH WAFFLES, INC.,  ) | JURY DEMAND |
|  ) | |
| Defendant.  ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the ___ day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT